Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 9308 (MDL 2303) | **DATE** | 1/10/2012 |
| **CASE TITLE** | In Re: Innovatio IP Ventures, LLC, Patent Litigation | | |

**DOCKET ENTRY TEXT**

The cases transferred to this Court, along with case number 11 C 1638, which was previously pending before this Court, are consolidated for pretrial purposes. Any "tag-along" actions later filed in, removed to, or transferred to this Court will be consolidated automatically with this action. All filings shall be made in the lead case no. 11 C 9308. The Clerk of the Court is directed to add all counsel in the "tag-along" cases to the lead docket no. 11 C 9308 and to its service list. Status hearing is set for 2/14/2012 at 9:30 AM. Plaintiff's joint motion to modify discovery pretrial schedule (filed in case no. 11 C 1638) is entered and continued to 2/14/2012 at 9:30 AM. Parties to meet and prepare Form 52 for filing by 2/10/2012.

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|