**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Case Number: 1:11-cv-09308

Innovatio IP Ventures, LLC, Patent Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cisco Systems, Inc., Motorola Solutions, Inc., Cosi, Inc., Dominick's Supermarkets Inc., and Meijer, Inc.

| | |
|---|---|
| NAME (Type or print) Gianni Cutri | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Gianni Cutri | |
| FIRM Kirkland & Ellis LLP | |
| STREET ADDRESS 300 North LaSalle | |
| CITY/STATE/ZIP Chicago, Illinois 60654 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6272109 | TELEPHONE NUMBER 312.862.2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |