## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                     Case Number: 11-cv-9308

In Re:

Innovatio IP Ventures, LLC, Patent Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fairfield Inn & Suites Stevens Point and Residence Inn Madison East

| | |
|---|---|
| **NAME** (Type or print) <br> Shane A. Brunner | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Shane A. Brunner | |
| **FIRM** <br> Merchant & Gould, P.C. | |
| **STREET ADDRESS** <br> 10 E. Doty Street, Suite 600 | |
| **CITY/STATE/ZIP** <br> Madison, WI 53703-3376 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6269468 | **TELEPHONE NUMBER** <br> 608-280-6750 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |