# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 9308 (MDL 2303) | **DATE** | 2/14/2012 |
| **CASE TITLE** | In Re: Innovatio IP Ventures, LLC, Patent Litigation | | |

**DOCKET ENTRY TEXT**

THIS ORDER APPLIES TO ALL CASES. Pretrial Order No. 1: The cases transferred to this Court along with case numbers 11 C 1638 and 11 C 6478, which were previously pending before this Court, are consolidated for pretrial purpose. Any "tag-along" actions later filed, removed to, or transferred to this Court will be consolidated automatically with this action, without the need for a motion. All further filings should be made in 11 C 9308 as the established lead case for MDL 2303; the individual case number should also be displayed on the documents filed, if the document only pertains to an individual case number.

Notices mailed

| | Courtroom Deputy Initials: | AMM |
|---|---|---|