**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Innovatio IP Ventures, LLC, Patent Litigation

                Plaintiff,

v.                                Case No.: 1:11−cv−09308
                                    Honorable James F. Holderman

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 14, 2012:

      MINUTE entry before Honorable James F. Holderman: Attorney Sharon Albrecht's motion to withdraw as attorney for Dominick's Supermarkets, Inc. [16] is granted. Status hearing set for 3/27/2012 at 9:30 AM. Parties are to meet and prepare Form 52 for filing by 3/20/2012. Parties' stipulated motion to modify case schedule {11 C 1638) is entered and continued for 3/27/2012 at 9:30 AM. Attorney Sharon Renae Albrecht terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.