# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re INNOVATIO IP VENTURES, LLC, PATENT LITIGATION | Civil Action No. 1:11-cv-9308 |
| INNOVATIO IP VENTURES, LLC, <br> v. <br> JW MARRIOTT CHICAGO, et al. | Civil Action No. 1:11-cv-6478 |

## ORDER

NOW, this ___ day of _____, upon consideration of the Motion for Enlargement of Time to Respond to Complaint, it is hereby ORDERED that the Motion is granted and that the following moving parties shall have until Friday, March 2, 2012 to Answer or otherwise respond to the Complaint:

    W2005/Fargo Hotels (Pool C) Realty, L.P., owner of the Fairfield Inn Joliet South, IL Hotel and the Fairfield Inn Chicago Gurnee, IL Hotel

    W2005/Fargo Hotels (Pool B) Realty, L.P., owner of the Courtyard Bloomingdale, IL Hotel and the Residence Inn Bloomingdale, IL Hotel

    W2007 Equity Inns Realty, LLC, owner of the Courtyard Chicago Elmhurst/Oakbrook, IL Hotel

    ECD-Streeterville Hotel, LLC, owner of the Fairfield Inn & Suites Downtown Chicago, IL Hotel

    HRH, LLC, owner of the Springhill Suites Chicago O'Hare, IL Hotel

    MLQ MB Hotels 2011, LLC, owner of the Courtyard by Marriott Glenview/Northbrook, IL Hotel

Naperville Inn, Inc., owner of the Fairfield Inn & Suites Chicago Naperville, IL Hotel

St Charles Inn, Inc., owner of the Fairfield Inn & Suites Chicago St. Charles, IL Hotel

BY THE COURT,

_____, J.