IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| INNOVATIO IP VENTURES, LLC, ) <br> ) <br>     Plaintiff,     ) <br> ) <br> ) <br> JW MARRIOTT CHICAGO, et al.  ) <br> ) <br>     Defendants.     ) | Consolidated Case No. 11 C 9308 (MDL 2303) <br> Individual Case No. 1:11-cv-6478 <br> Honorable James F. Holderman <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

The following Defendants:

    Chicago Marriott Midway
    Courtyard Chicago Downtown/Magnificent Mile
    Courtyard Chicago Midway Airport
    Courtyard Chicago Schaumburg
    Fairfield Inn & Suites Chicago Midway
    Residence Inn Chicago Downtown/River North
    Residence Inn Chicago Lake Forest/Mettawa
    Residence Inn Chicago Midway Airport
    Residence Inn Chicago Naperville/Warrenville
    Residence Inn Chicago Oak Brook
    Residence Inn Chicago Schaumburg
    Springhill Suites Chicago Downtown/River North
    Springhill Suites Chicago Schaumburg

(collectively, "Identified Defendants") by their undersigned attorneys and by agreement with counsel for Plaintiff, Innovatio IP Ventures, LLC, respectfully move the Court pursuant to the Federal Rules of Civil Procedure for an extension of ten (10) days, to March 12, 2012 of the deadline for each of the Identified Defendants to answer or otherwise respond to the First Amended Complaint.

In support hereof, the Identified Defendants rely upon all matters of record to date and further state:

1.       This is an action for alleged patent infringement of seventeen (17) patents pursuant to 15 U.S.C. § 1125(a).

2.       Plaintiff filed its Complaint on September 15, 2011.  Plaintiff filed a First Amended Complaint on February 17, 2012.   The Identified Defendants' respective responsive pleadings are currently due on March 5, 2012.

3.       Plaintiff and the Identified Defendants are engaged in settlement discussions which should be concluded within the next ten (10) days.

4.       The undersigned counsel has confirmed with counsel of record for Plaintiff that Plaintiff agrees to the requested extension of time.

5.       This request is made in the interests of justice and not for the purposes of delay.

WHEREFORE, without waiver of any claims or defenses they may respectively have, the Identified Defendants respectfully request that this Court grant each of the Identified Defendants an extension of time to answer or otherwise respond to the First Amended Complaint in this cause, to and including  March 15, 2012.

Dated:  March  2, 2012

                                                                        Respectfully submitted,

                                                                         s/F. Joseph Jaskowiak
                                                                        F. Joseph Jaskowiak
                                                                        HOEPPNER WAGNER & EVANS LLP
                                                                        1000 East 80th Place, 6th Floor South
                                                                        Merrillville, IN 46410
                                                                        Telephone: 219.769-6552
                                                                        Fax: 219.738-2349

                                                                         s/Richard M. Davis
                                                                        Richard M. Davis
                                                                        HOEPPNER WAGNER & EVANS LLP
                                                                        103 East Lincolnway
                                                                        Valparaiso, IN 46384

Telephone: 219.464-4961
Fax: 219.465-0603

***Attorneys for Defendants,***
Chicago Marriott Midway
Courtyard Chicago Downtown/Magnificent Mile
Courtyard Chicago Midway Airport
Courtyard Chicago Schaumburg
Fairfield Inn & Suites Chicago Midway
Residence Inn Chicago Downtown/River North
Residence Inn Chicago Lake Forest/Mettawa
Residence Inn Chicago Midway Airport
Residence Inn Chicago Naperville/Warrenville
Residence Inn Chicago Oak Brook
Residence Inn Chicago Schaumburg
Springhill Suites Chicago Downtown/River North
Springhill Suites Chicago Schaumburg

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

INNOVATIO IP VENTURES, LLC, )
                                            )
       Plaintiff,               )     Consolidated Case No. 11 C 9308 (MDL 2303)
                                            )     Individual Case No. 1:11-cv-6478
                                            )     Honorable James F. Holderman
JW MARRIOTT CHICAGO; et al.   )
                                            )     **JURY TRIAL DEMANDED**
       Defendants.      )

## ORDER

The Court, having reviewed the Defendants' Unopposed Motion For Extension Of Time Within Which To Answer Or Otherwise Plead, now grants same.

The following Defendants:

     Chicago Marriott Midway
     Courtyard Chicago Downtown/Magnificent Mile
     Courtyard Chicago Midway Airport
     Courtyard Chicago Schaumburg
     Fairfield Inn & Suites Chicago Midway
     Residence Inn Chicago Downtown/River North
     Residence Inn Chicago Lake Forest/Mettawa
     Residence Inn Chicago Midway Airport
     Residence Inn Chicago Naperville/Warrenville
     Residence Inn Chicago Oak Brook
     Residence Inn Chicago Schaumburg
     Springhill Suites Chicago Downtown/River North
     Springhill Suites Chicago Schaumburg

shall have until March 15, 2012 to answer or otherwise respond to the Amended Complaint.

                                                              ENTERED:

                                                              Honorable James F. Holderman

DISTRIBUTION Via Electronic Service

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2012 the foregoing ***Defendants' Unopposed Motion For Extension Of Time Within Which To Answer Or Otherwise Plead*** was filed with the Clerk of the Court using its CM/ECF system, which will send notification of such filing to all attorneys of record in which will then send a notification of such filing to all counsel of record in Consolidated Case No. 11 C 9308 (MDL 2303) in accordance with Local Rule 5.9.

The following counsel of record have appeared in Individual Case No. 11 C 6478:

Eric J. Schwalb
Eckert Seamans Cherin & Mellortt, LLC
1717 Pennsylvania Ave., N.W., Suite 1200
Washington, DC 20006
(202)659-6600
eschwalb@eckertseamans.com

Sandy Garfinkel
Eckert Seamans Cherin & Mellortt, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412)566-6868
sgarfinkel@eckertseamans.com
*Attorneys for Defendant Chicago Marriott at Medical District/UIC, Courtyard Chicago St. Charles, SpringHill Suites Chicago Waukegan/Gurnee, Courtyard Chicago Bloomingdale, Courtyard Chicago Elmhurst/Oakbrook Area, Fairfield Inn Chicago Gurnee, Fairfield Inn Joliet South, Residence Inn Chicago Bloomingdale, Courtyard Chicago Glenview/Northbrook, Fairfield Inn & Suites Chicago Downtown, Fairfield Inn & Suites Chicago Naperville/Aurora, Fairfield Inn & Suites Chicago St. Charles, Springhill Suites Chicago Naperville/Warrenville*, and SpringHill Suites Chicago O'Hare.

Andrew N. Plasz
Crowley Barnett & Karaba, Ltd.
20 S. Clark Street, Ste. 2310
Chicago, IL 60603
aplasz@cbklaw.com
*Attorneys for Defendants, SpringHill Suites Chicago Elmhurst/Oakbrook Area and SpringHill Suites Chicago Southwest at Burr Ridge/Hinsdale*

Anthony Richard Zeuli
Christopher C. Davis
Shane Allen Brunner
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street, S-3200
Minneapolis, MN 55402
(612)332-5300
tzeuli@merchanggould.com
cdavis@merchantgould.com
sbrunner@merchantgould.com
*Attorneys for Defendants Fairfield Inn & Suites Chicago Naperville, Fairfield Inn Chicago Tinley Park, Fairfield Inn Joliet*

*North/Plainfield, Residence Inn Rockford,
Towneplace Suites Chicago Naperville, and
Fairfield Inn Peru*

Jay L. Kanzler, Jr.
Witzel & Kanzler LLC
2001 S. Big Bend Blvd.
St. Louis, MO 63117
(314)645-5367
jaykanzler@wkllc.com
*Attorney for Defendant LaQuinta Inn
Chicago O'Hare Airport*

Avidan Joel Stern
Lynch & Stern LLP
150 s. Wacker Drive, Suite 2600
Chicago, IL 60606
(312)442-9481
avi@lynchandstern.com
*Attorney for Defendant GFII Cardel Wood
Dale, LLC d/b/a Courtyard Marriott Wood
Dale*

Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
Niro, Haller & Niro
181 West Madison St., Suite 4600
Chicago, IL 60602
(312)236-0733
mmcandrews@nshn.com
rniro@nshn.com
bhaan@nshn.com
gopatken@nshn.com
*Attorneys for Plaintiff Innovatio IP
Ventures, LLC*

   s/F. Joseph Jaskowiak
HOEPPNER WAGNER & EVANS LLP

   s/Richard M. Davis
HOEPPNER WAGNER & EVANS LLP

***Attorneys for Defendants,***
Courtyard Chicago Midway Airport
Residence Inn Chicago Midway Airport
Fairfield Inn & Suites Chicago Midway
Chicago Marriott Midway
Courtyard Chicago Downtown/Magnificent Mile
Residence Inn Chicago Downtown/River North
Springhill Suites Chicago Downtown/River North
Residence Inn Chicago Lake Forest/Mettawa
Courtyard Chicago Schaumburg
Residence Inn Chicago Schaumburg
Springhill Suites Chicago Schaumburg
Residence Inn Chicago Naperville/Warrenville
Residence Inn Chicago Oak Brook