**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

INNOVATIO IP VENTURES, LLC, )
                                          )
         Plaintiff,               )       Consolidated Case No. 11 C 9308 (MDL 2303)
                                            )       Individual Case No. 1:11-cv-6478
                                            )       Honorable  James F. Holderman
JW MARRIOTT CHICAGO; et al.    )
                                            )       **JURY TRIAL DEMANDED**
         Defendants.            )

**NOTICE OF PRESENTMENT OF**
**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**
**WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

PLEASE TAKE NOTICE that on March 8, 2012, at 9:00 a.m. or as soon thereafter as

counsel may be heard, counsel for Defendants:

> Chicago Marriott Midway
> Courtyard Chicago Downtown/Magnificent Mile
> Courtyard Chicago Midway Airport
> Courtyard Chicago Schaumburg
> Fairfield Inn & Suites Chicago Midway
> Residence Inn Chicago Downtown/River North
> Residence Inn Chicago Lake Forest/Mettawa
> Residence Inn Chicago Midway Airport
> Residence Inn Chicago Naperville/Warrenville
> Residence Inn Chicago Oak Brook
> Residence Inn Chicago Schaumburg
> Springhill Suites Chicago Downtown/River North
> Springhill Suites Chicago Schaumburg

will appear and present an Unopposed Motion For Extension Of Time Within Which To Answer

Or Otherwise Plead, before the Honorable James F. Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present their Unopposed Motion For Extension Of Time Within Which To Answer Or Otherwise

Plead (Dkt. No.  41).

Dated: March 2, 2012          Respectfully submitted,

 s/F. Joseph Jaskowiak

F. Joseph Jaskowiak
HOEPPNER WAGNER & EVANS LLP
1000 East 80th Place, 6th Floor South
Merrillville, IN 46410
Telephone: 219.769-6552
Fax: 219.738-2349

 s/Richard M. Davis

Richard M. Davis
HOEPPNER WAGNER & EVANS LLP
103 East Lincolnway
Valparaiso, IN 46384
Telephone: 219.464-4961
Fax: 219.465-0603

***Attorneys for Defendants,***
Chicago Marriott Midway
Courtyard Chicago Downtown/Magnificent Mile
Courtyard Chicago Midway Airport
Courtyard Chicago Schaumburg
Fairfield Inn & Suites Chicago Midway
Residence Inn Chicago Downtown/River North
Residence Inn Chicago Lake Forest/Mettawa
Residence Inn Chicago Midway Airport
Residence Inn Chicago Naperville/Warrenville
Residence Inn Chicago Oak Brook
Residence Inn Chicago Schaumburg
Springhill Suites Chicago Downtown/River North
Springhill Suites Chicago Schaumburg

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2012 the foregoing

**NOTICE OF PRESENTMENT OF
DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO ANSWER OR OTHERWISE PLEAD**

was filed with the Clerk of the Court using its CM/ECF system, which will send notification of such filing to all attorneys of record in which will then send a notification of such filing to all counsel of record in Consolidated Case No. 11 C 9308 (MDL 2303) in accordance with Local Rule 5.9.

The following counsel of record have appeared in Individual Case No. 11 C 6478:

Eric J. Schwalb
Eckert Seamans Cherin & Mellortt, LLC
1717 Pennsylvania Ave., N.W., Suite 1200
Washington, DC 20006
(202)659-6600
eschwalb@eckertseamans.com

Sandy Garfinkel
Eckert Seamans Cherin & Mellortt, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412)566-6868
sgarfinkel@eckertseamans.com
*Attorneys for Defendant Chicago Marriott at Medical District/UIC, Courtyard Chicago St. Charles, SpringHill Suites Chicago Waukegan/Gurnee, Courtyard Chicago Bloomingdale, Courtyard Chicago Elmhurst/Oakbrook Area, Fairfield Inn Chicago Gurnee, Fairfield Inn Joliet South, Residence Inn Chicago Bloomingdale, Courtyard Chicago Glenview/Northbrook, Fairfield Inn & Suites Chicago Downtown, Fairfield Inn & Suites Chicago Naperville/Aurora, Fairfield Inn & Suites Chicago St. Charles, Springhill Suites Chicago Naperville/Warrenville,* and

SpringHill Suites Chicago O'Hare.

Andrew N. Plasz
Crowley Barnett & Karaba, Ltd.
20 S. Clark Street, Ste. 2310
Chicago, IL 60603
aplasz@cbklaw.com
*Attorneys for Defendants, SpringHill Suites Chicago Elmhurst/Oakbrook Area and SpringHill Suites Chicago Southwest at Burr Ridge/Hinsdale*

Anthony Richard Zeuli
Christopher C. Davis
Shane Allen Brunner
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street, S-3200
Minneapolis, MN 55402
(612)332-5300
tzeuli@merchanggould.com
cdavis@merchantgould.com
sbrunner@merchantgould.com
*Attorneys for Defendants Fairfield Inn & Suites Chicago Naperville, Fairfield Inn Chicago Tinley Park, Fairfield Inn Joliet North/Plainfield, Residence Inn Rockford,*

3

*Towneplace Suites Chicago Naperville, and*
*Fairfield Inn Peru*


Jay L. Kanzler, Jr.
Witzel & Kanzler LLC
2001 S. Big Bend Blvd.
St. Louis, MO 63117
(314)645-5367
jaykanzler@wkllc.com
*Attorney for Defendant LaQuinta Inn*
*Chicago O'Hare Airport*


Avidan Joel Stern
Lynch & Stern LLP
150 s. Wacker Drive, Suite 2600
Chicago, IL 60606
(312)442-9481
avi@lynchandstern.com
*Attorney for Defendant GFII Cardel Wood*
*Dale, LLC d/b/a Courtyard Marriott Wood*
*Dale*


Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
Niro, Haller & Niro
181 West Madison St., Suite 4600
Chicago, IL 60602
(312)236-0733
mmcandrews@nshn.com
rniro@nshn.com
bhaan@nshn.com
gopatken@nshn.com
*Attorneys for Plaintiff Innovatio IP*
*Ventures, LLC*

4