# EXHIBIT A

| PARTY TYPE | PARTIES |
|---|---|
| *Innovatio IP Ventures, LLC v. Comfort Inn O'Hare, et al.*, Pre-consolidation N.D. Ill. Case No. 1:11-cv-06481 | |
| Defendants | Comfort Inn & Suites (Antioch)<br>Comfort Inn & Suites (Markham)<br>Comfort Inn (Mundelein) |