**EXHIBIT B**

| Title of Court | Date Admitted |
|---|---|
| California State Court | 11/29/1998 |
| United States District Court - Northern District of California | 12/07/1998 |
| United States Court of Appeals - Ninth Circuit | 12/22/1998 |
| United States Court of Appeals - Federal Circuit | 06/16/2000 |
| United States District Court - Central District of California | 05/23/2003 |
| United States District Court - Western District of Wisconsin | 01/21/2004 |
| United States Court of Appeals - Third Circuit | 02/18/2004 |