**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                            Plaintiff,

v.                                                    Case No.: 1:11–cv–09308
                                                     Honorable James F. Holderman

JW Marriott Chicago, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 10, 2012:

        MINUTE entry before Honorable James F. Holderman:Scheduling conference held on 4/10/2012. Parties to email order as discussed in open court for signature. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.