**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-09308 |
|---|---|
| Innovatio IP Ventures, LLC, Patent Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Please see attached list.

| NAME (Type or print) |
|---|
| Adam R. Alper |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Adam R. Alper |

| FIRM |
|---|
| Kirkland & Ellis LLP |

| STREET ADDRESS |
|---|
| 555 California Street |

| CITY/STATE/ZIP |
|---|
| San Francisco, CA 94109 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | 415.439.1400 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

| PARTY TYPE | PARTIES |
|---|---|
| *Innovatio IP Ventures, LLC v. Wingate By Wyndham Schaumburg, et al.,* N.D. Ill. Case No. 1:11-cv-06479 ||
| Defendant | Super 8 Chicago/Morton Grove |