**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-09308 |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Please see the attached list.

| NAME (Type or print) |
|---|
| Michael W. De Vries |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael W. De Vries |
| FIRM |
| Kirkland & Ellis LLP |
| STREET ADDRESS |
| 333 South Hope Street |
| CITY/STATE/ZIP |
| Los Angeles, CA 90071 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 213.680.8590 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

# EXHIBIT A

| PARTY TYPE | PARTIES |
|---|---|
| *Innovatio IP Ventures, LLC v. Madison Marriott West, et al.*, W.D. Wis. Case No. 3:11-cv-00644 *transferred as* N.D. Ill. Case No. 1:12-cv-00431 | |
| Defendant | Courtyard La Crosse Downtown/Mississippi River |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center et al.*, N.D. Ill. Case No. 1:11-cv-06479 | |
| Defendants | Days Inn Barrington<br>Days Inn Elgin<br>Super 8 Chicago/Morton Grove |
| *Innovatio IP Ventures LLC v. AirTran Airways, Inc.* N.D. Ill. Case No. 1:12-cv-03844 | |
| Defendant | AirTran Airways, Inc. |
| *Innovatio IP Ventures LLC v. Barnes & Noble, Inc.* N.D. Ill. Case No. 1:12-cv-03856 | |
| Defendant | Barnes & Noble, Inc. |
| *Innovatio IP Ventures, LLC v. Delta Air Lines, Inc.* N.D. Ill. Case No. 1:12-cv-03858 | |
| Defendant | Delta Air Lines, Inc. |
| *Innovatio IP Ventures, LLC v. The Home Depot, Inc.* N.D. Ill. Case No. 1:12-cv-03860 | |
| Defendant | The Home Depot, Inc. |
| *Innovatio IP Ventures, LLC v. Jewel Food Stores, Inc.* N.D. Ill. Case No. 1:12-cv-03865 | |
| Defendant | Jewel Food Stores, Inc. |
| *Innovatio IP Ventures, LLC v. McDonald's Corporation* N.D. Ill. Case No. 1:12-cv-03870 | |
| Defendant | McDonald's Corporation |
| *Innovatio IP Ventures, LLC v. Starbucks Corporation* N.D. Ill. Case No. 1:12-cv-03872 | |
| Defendant | Starbucks Corporation |

2

| PARTY TYPE | PARTIES |
|---|---|
| | *Innovatio IP Ventures, LLC v. United Parcel Service, Inc.*<br>N.D. Ill. Case No. 1:12-cv-03874 |
| Defendant | United Parcel Service, Inc. |
| | *Innovatio IP Ventures, LLC v. Wal-Mart Stores, Inc.*<br>N.D. Ill. Case No. 1:12-cv-03878 |
| Defendant | Wal-Mart Stores, Inc. |
| | *Innovatio IP Ventures, LLC v. FedEx Corporation et al.,*<br>N.D. Ill. Case No. 1:12-cv-03882 |
| Defendants | FedEx Corporation<br>Federal Express Corporation<br>FedEx Ground Package System, Inc.<br>FedEx Freight Corporation<br>FedEx Office and Print Services, Inc. |