# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                                Plaintiff,

v.                                                  Case No.: 1:11−cv−09308

                                                      Honorable James F. Holderman

JW Marriott Chicago, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 19, 2012:

      MINUTE entry before Honorable Sidney I. Schenkier:Magistrate Judge Status hearing held on 10/19/2012 and continued to 12/4/2012 at 02:30 p.m. Detailed Order to follow.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.