**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | |
| This Document Relates To:<br><br>*Cisco Systems, Inc., and Motorola Solutions, Inc., v. Innovatio IP Ventures, LLC*, Case No. 1:11-cv-09309 (originally 1:11-cv-00425 (D. Del.))<br><br>and<br><br>*NETGEAR, INC. v. Innovatio IP Ventures, LLC*, Case No. 1:12-cv-00427 (originally 1:11-cv-01139 (D. Del.)) | Case No. 1:11-cv-09308<br><br>Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

**JOINT MOTION FOR EXTENSION OF TIME**

Cisco Systems, Inc., Motorola Solutions, Inc., and NETGEAR, Inc. (collectively, "Supplier Defendants") filed an amended complaint on October 1, 2012. *See* Dkt. No. 431. After the status conference held on October 11, 2012, the Court issued an order setting the following deadlines in relation to Innovatio IP Ventures, LLC's ("Innovatio") response to the amended complaint:

- November 13, 2012: Deadline for Innovatio's motion to dismiss or other response;
- December 4, 2012: Deadline for Supplier Defendants to respond;
- December 18, 2012: Deadline for Innovatio to file its reply to Supplier Defendants' response.

*See* Dkt. No. 450. Innovatio filed a motion to dismiss on November 13, 2012 ("motion"). *See* Dkt. No. 473. The parties have conferred regarding the remaining deadlines and, in light of matter- and travel-related conflicts, respectfully request that the Court enter the following amended briefing schedule in relation to Innovatio's motion:

- December 14, 2012: Deadline for Supplier Defendants to respond to Dkt. No. 473.
- January 7, 2013: Deadline for Innovatio to file its reply to Supplier Defendants' response.

The parties believe there is good cause for this modest adjustment to the briefing schedule in light of the scheduling conflicts described above, and that this adjustment will not impact any other deadlines in this case.

Dated: November 30, 2012  */s/ Gianni Cutri*
Gianni Cutri
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
312.862.2000 (Telephone)
312.862.2200 (Facsimile)
gianni.cutri@kirkland.com

Adam R. Alper *(Pro Hac Vice)*
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
415.439.1400 (Telephone)
415.439.1500 (Facsimile)
adam.alper@kirkland.com

*Counsel for Supplier Defendants Cisco Systems, Inc., Motorola Solutions, Inc., and NETGEAR, Inc.*

*s/ Ronald H. Spuhler*
Ronald H. Spuhler
**McANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
E-mail: rspuhler@mcandrews-ip.com

*Counsel for Plaintiff Innovatio IP Ventures, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2012, the foregoing document, **JOINT MOTION FOR EXTENSION OF TIME**, was served via electronic mail on the Counsel of Record identified below. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

Raymond Pardo Niro , Jr.
Matthew G. McAndrews
Gabriel I. Opatken
Brian Erik Haan
**NIRO, SCAVONE, HALLER & NIRO**
181 West Madison Street, Suite 4600
Chicago, Illinois 60602-4515
rnirojr@nshn.com
gopatken@nshn.com
bhaan@nshn.com
mmcandrews@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
**MCANDREWS, HELD & MALLOY, LTD.**
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
gschodde@mcandrews-ip.com
pmcandrews@mcandrews-ip.com
rspuhler@mcandrews-ip.com

*/s/ Gianni Cutri*

Gianni Cutri
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois  60654
312.862.2000 (Telephone)
312.862.2200 (Facsimile)
gianni.cutri@kirkland.com