## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:11-cv-09308 |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Please see the attached list.

| NAME (Type or print) |
|---|
| Brandon H. Brown |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Brandon H. Brown |
| FIRM |
| Kirkland & Ellis LLP |
| STREET ADDRESS |
| 555 California Street, Suite 2700 |
| CITY/STATE/ZIP |
| San Francisco, CA 94104 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 266347 CA | 415.439.1670 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

| PARTY TYPE | PARTIES |
|---|---|
| *Innovatio IP Ventures, LLC v. ABP Corporation, et al.* N.D. Ill. Case No. 1:11-cv-01638 | |
| Defendants | Cosi, Inc.<br>Meijer, Inc.<br>Dominick's Supermarkets, Inc. |
| *Innovatio IP Ventures, LLC v. JW Marriott Chicago et al.,* N.D. Ill. Case No. 1:11-cv-06478 | |
| Defendants | Fairfield Inn Chicago Tinley Park<br>Fairfield Inn Joliet North/Plainfield<br>Fairfield Inn Peru<br>Fairfield Inn & Suites Chicago Naperville/Aurora<br>Fairfield Inn & Suites Rockford<br>Residence Inn Rockford<br>Towneplace Suites Chicago Naperville |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center et al.,* N.D. Ill. Case No. 1:11-cv-06479 | |
| Defendants | Baymont Inn & Suites Chicago/Aurora<br>Baymont Inn & Suites Chicago/Calumet<br>Baymont Inn & Suites Rockford<br>Days Inn Alsip<br>Days Inn Barrington<br>Days Inn Elgin (n/k/a Lexington Inn & Suites-Chicago West/Elgin)<br>Days Inn Great Lakes North Chicago<br>Days Inn Libertyville<br>Days Inn St. Charles<br>Howard Johnson Addison O'Hare Airport<br>Howard Johnson Lansing Illinois<br>Ramada Lake Shore Chicago<br>Ramada O'Hare (Elk Grove)<br>Super 8 Chicago/Morton Grove<br>Super 8 DeKalb<br>Super 8 Freeport<br>Super 8 Lansing<br>Super 8 McHenry<br>Super 8 Mendota<br>Super 8 Mokena/Frankfort/I-80<br>Super 8 Morris<br>Super 8 Mundelein/Libertyville Area<br>Super 8 Richmond<br>Super 8 Rockford<br>Super 8 Rock Falls Sterling Area<br>Super 8 Rochelle<br>Super 8 St. Charles<br>Travelodge Hotel O'Hare/Chicago<br>Wingate By Windham Schaumburg/Convention Center |

| | |
|---|---|
| *Innovatio IP Ventures, LLC v. Comfort Inn O'Hare, et al.*,<br>N.D. Ill. Case No. 1:11-cv-06481 | |
| Defendants | Comfort Inn & Suites (Antioch)<br>Comfort Inn & Suites (Markham)<br>Comfort Inn (Gurnee)<br>Comfort Inn (Mundelein)<br>Comfort Inn (Ottawa) n/k/a Econo Lodge (Ottawa)<br>Comfort Inn (Palatine)<br>Comfort Inn (Waukegan) |
| *CISCO Systems Inc., et al. v. Innovatio IP Ventures LLC*<br>Dist. Del. Case No. 1:11-cv-00425-LPS<br>*transferred as* N.D. Ill. Case No. 1:11-cv-09309 | |
| Plaintiffs | Cisco Systems, Inc.<br>Motorola Solutions Inc. |
| *Innovatio IP Ventures, LLC v. B & B Corporate Holdings, Inc.*<br>M.D. Fla. Case No. 8:11-cv-01325-JDW-MAP<br>*transferred as* N.D. Ill. Case No. 1:11-cv-09310 | |
| Defendant | B & B Corporate Holdings, Inc. |
| *Innovatio IP Ventures, LLC v. MEI-GSR Holdings LLC*<br>Dist Nev. Case No. 3:11-cv-00343-LRH -WGC<br>*transferred as* N.D. Ill. Case No. 1:11-cv-09311 | |
| Defendant | MEI-GSR Holdings LLC d/b/a Grand Sierra Resort and Casino |
| *Netgear Inc. v. Innovatio IP Ventures LLC*<br>Dist. Del. Case No. 1:11-cv-01139-LPS<br>*transferred as* N.D. Ill. Case No. 1:12-cv-00427 | |
| Plaintiff | Netgear Inc. |
| *Innovatio IP Ventures, LLC v. Best Western Arrowhead Lodge & Suites, et al.*,<br>W.D. Wis. Case No. 3:11-cv-00643<br>*transferred as* N.D. Ill. Case No. 1:12-cv-00428 | |
| Defendants | Best Western American Heritage Inn<br>Best Western Arrowhead Lodge & Suites<br>Best Western Bluffview Inn & Suites<br>Best Western Bridgeview Motor Inn<br>Best Western Claridge Motor Inn<br>Best Western Park Oasis Inn<br>Best Western Plus InnTowner Hotel and the Highland Club<br>Best Western Plus La Crosse<br>Best Western Plus Trail Lodge Hotel & Suites<br>Best Western Resort Hotel & Conference Center Portage |

| | |
|---|---|
| *Innovatio IP Ventures, LLC v. Madison Marriott West, et al.*, W.D. Wis. Case No. 3:11-cv-00644 *transferred as* N.D. Ill. Case No. 1:12-cv-00431 | |
| Defendants | Courtyard La Crosse Downtown/Mississippi River Courtyard Madison West/Middleton Fairfield Inn & Suites Beloit Fairfield Inn & Suites Madison East Fairfield Inn & Suites Stevens Point Residence Inn Madison East |
| *Innovatio IP Ventures LLC v. AirTran Airways, Inc.* N.D. Ill. Case No. 1:12-cv-03844 | |
| Defendant | AirTran Airways, Inc. |
| *Innovatio IP Ventures LLC v. Barnes & Noble, Inc.* N.D. Ill. Case No. 1:12-cv-03856 | |
| Defendant | Barnes & Noble, Inc. |
| *Innovatio IP Ventures, LLC v. Delta Air Lines, Inc.* N.D. Ill. Case No. 1:12-cv-03858 | |
| Defendant | Delta Air Lines, Inc. |
| *Innovatio IP Ventures, LLC v. The Home Depot, Inc.* N.D. Ill. Case No. 1:12-cv-03860 | |
| Defendant | The Home Depot, Inc. |
| *Innovatio IP Ventures, LLC v. Jewel Food Stores, Inc.* N.D. Ill. Case No. 1:12-cv-03865 | |
| Defendant | Jewel Food Stores, Inc. |
| *Innovatio IP Ventures, LLC v. Lowe's Home Centers, Inc.* N.D. Ill. Case No. 1:12-cv-03866 | |
| Defendant | Lowe's Home Centers, Inc. |
| *Innovatio IP Ventures, LLC v. McDonald's Corporation* N.D. Ill. Case No. 1:12-cv-03870 | |
| Defendant | McDonald's Corporation |
| *Innovatio IP Ventures, LLC v. Starbucks Corporation* N.D. Ill. Case No. 1:12-cv-03872 | |
| Defendant | Starbucks Corporation |

| | |
|---|---|
| *Innovatio IP Ventures, LLC v. United Parcel Service, Inc.*<br>N.D. Ill. Case No. 1:12-cv-03874 | |
| Defendant | United Parcel Service, Inc. |
| *Innovatio IP Ventures, LLC v. Wal-Mart Stores, Inc.*<br>N.D. Ill. Case No. 1:12-cv-03878 | |
| Defendant | Wal-Mart Stores, Inc. |
| *Innovatio IP Ventures, LLC v. FedEx Corporation et al.,*<br>N.D. Ill. Case No. 1:12-cv-03882 | |
| Defendants | FedEx Corporation<br>Federal Express Corporation<br>FedEx Ground Package System, Inc.<br>FedEx Freight Corporation<br>FedEx Office and Print Services, Inc. |

4