# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                              Plaintiff,

v.                                        Case No.: 1:11−cv−09308

                                                Honorable James F. Holderman

JW Marriott Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2012:

      MINUTE entry before Honorable Sidney I. Schenkier: At the request of the parties, the status hearing set for 12/13/12 at 1:15 p.m. is stricken. The Court, sua sponte, sets the matter for a status hearing before the magistrate judge on 1/10/13 at 11:00 a.m., or as soon thereafter to follow after the status hearing with Chief Judge Holderman set for 10:00 a.m. that day. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.