(Revised 12/11)

## United States District Court   Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Case Title: | Plantiff(s) |
| In re Innovatio IP Ventures, LLC, Patent Litigation | |
| VS. | |
| | Defendant(s) |

| | | |
|---|---|---|
| Case Number: 1:11-cv-09308 | Judge: | James F. Holderman |

I,   Robert B. Taylor    hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Please see attached list    by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| California State Court | 1/9/2012 |
| U.S. District Court - Northern District of California | 12/6/2012 |
| Ninth Circuit Court of Appeals | 12/10/2012 |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if
necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

**Has the applicant designated local counsel?**    Yes   ☑    No   ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

**censured, suspended, disbarred, or otherwise disciplined by any court?**  Yes ☐  No ☑

**or is the applicant currently the subject of an investigation of the applicant's professional conduct?**  Yes ☐  No ☑

**transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court?**  Yes ☐  No ☑

**denied admission to the bar of any court?**  Yes ☐  No ☑

**held in contempt of court?**  Yes ☐  No ☑

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

| 12/20/12 | S/ Robert B. Taylor |
|---|---|
| Date | Electronic Signature of Applicant |

| Applicant's Name | Last Name | | First Name | | Middle Name/Initial |
|---|---|---|---|---|---|
| | Taylor | | Robert | | Brendan |
| Applicant's Law Firm | Kirkland & Ellis LLP | | | | |
| Applicant's Address | Street Address | | | Room/Suite Number | |
| | 3330 Hillview Avenue | | | | |
| | City | State | ZIP Code | Work Phone Number | |
| | Palo Alto | CA | 94304 | 650-859-7079 | |

**(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk.  No admission under Rule 83.14 is effective until such time as the fee has been paid.)**

**NOTE:** Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $176.00  The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed after that date.  Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

| PARTY TYPE | PARTIES |
|---|---|
| *Innovatio IP Ventures, LLC v. ABP Corporation, et al.*<br>N.D. Ill. Case No. 1:11-cv-01638 | |
| Defendants | Cosi, Inc.<br>Meijer, Inc.<br>Dominick's Supermarkets, Inc. |
| *Innovatio IP Ventures, LLC v. JW Marriott Chicago et al.,*<br>N.D. Ill. Case No. 1:11-cv-06478 | |
| Defendants | Fairfield Inn Chicago Tinley Park<br>Fairfield Inn Joliet North/Plainfield<br>Fairfield Inn Peru<br>Fairfield Inn & Suites Chicago Naperville/Aurora<br>Fairfield Inn & Suites Rockford<br>Residence Inn Rockford<br>Towneplace Suites Chicago Naperville |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center et al.,*<br>N.D. Ill. Case No. 1:11-cv-06479 | |
| Defendants | Baymont Inn & Suites Chicago/Aurora<br>Baymont Inn & Suites Chicago/Calumet<br>Baymont Inn & Suites Rockford<br>Days Inn Alsip<br>Days Inn Barrington<br>Days Inn Elgin (n/k/a Lexington Inn & Suites-Chicago West/Elgin)<br>Days Inn Great Lakes North Chicago<br>Days Inn Libertyville<br>Days Inn St. Charles<br>Howard Johnson Addison O'Hare Airport<br>Howard Johnson Lansing Illinois<br>Ramada Lake Shore Chicago<br>Ramada O'Hare (Elk Grove)<br>Super 8 Chicago/Morton Grove<br>Super 8 DeKalb<br>Super 8 Freeport<br>Super 8 Lansing<br>Super 8 McHenry<br>Super 8 Mendota<br>Super 8 Mokena/Frankfort/I-80<br>Super 8 Morris<br>Super 8 Mundelein/Libertyville Area<br>Super 8 Richmond<br>Super 8 Rockford<br>Super 8 Rock Falls Sterling Area<br>Super 8 Rochelle<br>Super 8 St. Charles<br>Travelodge Hotel O'Hare/Chicago<br>Wingate By Windham Schaumburg/Convention Center |

| | |
|---|---|
| *Innovatio IP Ventures, LLC v. Comfort Inn O'Hare, et al.*,<br>N.D. Ill. Case No. 1:11-cv-06481 | |
| Defendants | Comfort Inn & Suites (Antioch)<br>Comfort Inn & Suites (Markham)<br>Comfort Inn (Gurnee)<br>Comfort Inn (Mundelein)<br>Comfort Inn (Ottawa) n/k/a Econo Lodge (Ottawa)<br>Comfort Inn (Palatine)<br>Comfort Inn (Waukegan) |
| *CISCO Systems Inc., et al. v. Innovatio IP Ventures LLC*<br>Dist. Del. Case No. 1:11-cv-00425-LPS<br>*transferred as* N.D. Ill. Case No. 1:11-cv-09309 | |
| Plaintiffs | Cisco Systems, Inc.<br>Motorola Solutions Inc. |
| *Innovatio IP Ventures, LLC v. B & B Corporate Holdings, Inc.*<br>M.D. Fla. Case No. 8:11-cv-01325-JDW-MAP<br>*transferred as* N.D. Ill. Case No. 1:11-cv-09310 | |
| Defendant | B & B Corporate Holdings, Inc. |
| *Innovatio IP Ventures, LLC v. MEI-GSR Holdings LLC*<br>Dist Nev. Case No. 3:11-cv-00343-LRH -WGC<br>*transferred as* N.D. Ill. Case No. 1:11-cv-09311 | |
| Defendant | MEI-GSR Holdings LLC d/b/a Grand Sierra Resort and Casino |
| *Netgear Inc. v. Innovatio IP Ventures LLC*<br>Dist. Del. Case No. 1:11-cv-01139-LPS<br>*transferred as* N.D. Ill. Case No. 1:12-cv-00427 | |
| Plaintiff | Netgear Inc. |
| *Innovatio IP Ventures, LLC v. Best Western Arrowhead Lodge & Suites, et al.*,<br>W.D. Wis. Case No. 3:11-cv-00643<br>*transferred as* N.D. Ill. Case No. 1:12-cv-00428 | |
| Defendants | Best Western American Heritage Inn<br>Best Western Arrowhead Lodge & Suites<br>Best Western Bluffview Inn & Suites<br>Best Western Bridgeview Motor Inn<br>Best Western Claridge Motor Inn<br>Best Western Park Oasis Inn<br>Best Western Plus InnTowner Hotel and the Highland Club<br>Best Western Plus La Crosse<br>Best Western Plus Trail Lodge Hotel & Suites<br>Best Western Resort Hotel & Conference Center Portage |

| *Innovatio IP Ventures, LLC v. Madison Marriott West, et al.,* W.D. Wis. Case No. 3:11-cv-00644 *transferred as* N.D. Ill. Case No. 1:12-cv-00431 | |
|---|---|
| Defendants | Courtyard La Crosse Downtown/Mississippi River<br>Courtyard Madison West/Middleton<br>Fairfield Inn & Suites Beloit<br>Fairfield Inn & Suites Madison East<br>Fairfield Inn & Suites Stevens Point<br>Residence Inn Madison East |
| *Innovatio IP Ventures LLC v. AirTran Airways, Inc.* N.D. Ill. Case No. 1:12-cv-03844 | |
| Defendant | AirTran Airways, Inc. |
| *Innovatio IP Ventures LLC v. Barnes & Noble, Inc.* N.D. Ill. Case No. 1:12-cv-03856 | |
| Defendant | Barnes & Noble, Inc. |
| *Innovatio IP Ventures, LLC v. Delta Air Lines, Inc.* N.D. Ill. Case No. 1:12-cv-03858 | |
| Defendant | Delta Air Lines, Inc. |
| *Innovatio IP Ventures, LLC v. The Home Depot, Inc.* N.D. Ill. Case No. 1:12-cv-03860 | |
| Defendant | The Home Depot, Inc. |
| *Innovatio IP Ventures, LLC v. Jewel Food Stores, Inc.* N.D. Ill. Case No. 1:12-cv-03865 | |
| Defendant | Jewel Food Stores, Inc. |
| *Innovatio IP Ventures, LLC v. Lowe's Home Centers, Inc.* N.D. Ill. Case No. 1:12-cv-03866 | |
| Defendant | Lowe's Home Centers, Inc. |
| *Innovatio IP Ventures, LLC v. McDonald's Corporation* N.D. Ill. Case No. 1:12-cv-03870 | |
| Defendant | McDonald's Corporation |
| *Innovatio IP Ventures, LLC v. Starbucks Corporation* N.D. Ill. Case No. 1:12-cv-03872 | |
| Defendant | Starbucks Corporation |

| *Innovatio IP Ventures, LLC v. United Parcel Service, Inc.*<br>N.D. Ill. Case No. 1:12-cv-03874 | |
|---|---|
| Defendant | United Parcel Service, Inc. |
| *Innovatio IP Ventures, LLC v. Wal-Mart Stores, Inc.*<br>N.D. Ill. Case No. 1:12-cv-03878 | |
| Defendant | Wal-Mart Stores, Inc. |
| *Innovatio IP Ventures, LLC v. FedEx Corporation et al.,*<br>N.D. Ill. Case No. 1:12-cv-03882 | |
| Defendants | FedEx Corporation<br>Federal Express Corporation<br>FedEx Ground Package System, Inc.<br>FedEx Freight Corporation<br>FedEx Office and Print Services, Inc. |