# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 11 C 9308 | **DATE** | 1/10/2013 |
| **CASE TITLE** | In Re: Innovatio IP Ventures, LLC, Patent Litigation | | |

**DOCKET ENTRY TEXT**

Status and motion hearings held. The Court discussed with the parties the items listed on their Joint Agenda filed on 1/08/13 (doc. # 522). Enter Consent Order Regarding Completion of Certain Defendants' Document Productions and Consent Order Regarding Accor North America's Document Production (attached). For the reasons stated on the record, plaintiff's motion to compel discovery (doc. #519) is granted in part and denied in part. (For further details see order (attached)). The matter is set for a status hearing before the magistrate judge on **1/24/13 at 1:30 p.m.** If the parties wish the Court to consider any motions at that time, they must file the motions with the associated joint statement(s) by **noon on 1/21/13** and deliver courtesy copies to chambers by **1/22/13 at 10:00 a.m.** If prior to the status hearing, the parties report that their disputes have been resolved, then they are to contact chambers and the Court will strike the 1/24/13 status hearing.

Notices mailed by Judicial staff.

*Copy to judge/magistrate judge.

00:40 NFPC

00:05 OAR

| | Courtroom Deputy | JJ |
|---|---|---|