IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*<u>Via Certified Mail</u>*

TO:   Owner/General Manager
Wyndham Glenview Suites
1400 Milwaukee Avenue
Glenview, IL  60025

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Wyndham Glenview Suites to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Wyndham Glenview Suites in the amount of Five Thousand Dollars ($5,000.00 U.S.).

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                Plaintiff,

v.

JW Marriott Chicago, et al.

                Defendant.

Case No.: 1:11−cv−09308

Honorable James F. Holderman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

        MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center,* Case No. 1:11-cv-6479 | |

<u>*Via Certified Mail*</u>

TO:    Owner/General Manager
        Wyndham Schaumburg Garden Hotel
        800 National Parkway
        Schaumburg, IL  60173

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Wyndham Schaumburg Garden Hotel to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Wyndham Schaumburg Garden Hotel in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                              Plaintiff,

v.                                              Case No.: 1:11−cv−09308
                                                Honorable James F.
                                                Holderman

JW Marriott Chicago, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

    MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

## *Via Certified Mail*

TO:  Owner/General Manager
Chicago O'Hare Garden Hotel
8201 West Higgins Road
Chicago, IL  60631

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Chicago O'Hare Garden Hotel to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Chicago O'Hare Garden Hotel in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                    Plaintiff,

v.                                      Case No.: 1:11–cv–09308

                                      Honorable James F.
                                      Holderman

JW Marriott Chicago, et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

### *Via Certified Mail*

TO:    Owner/General Manager
        Hawthorn Suites by Wyndham Wadsworth/Waukegan/Gurnee
        4601 West Yorkhouse Road
        Wadsworth, IL  60083

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Hawthorn Suites by Wyndham Wadsworth/Waukegan/Gurnee to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Hawthorn Suites by Wyndham Wadsworth/Waukegan/Gurnee in the amount of Five Thousand Dollars

($5,000.00 U.S.).

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.  Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                    Plaintiff,

v.                                 Case No.: 1:11–cv–09308
                                 Honorable James F.
                                 Holderman

JW Marriott Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

*__Via Certified Mail__*

TO:   Owner/General Manager
Ramada Galena
11383 West U.S. Highway 20
Galena, IL 61036

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Ramada Galena to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.) A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Ramada Galena in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

Plaintiff,

v.                                              Case No.: 1:11−cv−09308

Honorable James F.
Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

<u>*Via Certified Mail*</u>

TO:   Owner/General Manager
      Ramada Hotel and Suites (Glendale Heights)
      780 North Ave.
      Glendale Heights, IL  60139

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### <u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States

District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found

Ramada Hotel and Suites (Glendale Heights) to be in default for its failure to answer, plead, or

otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in

this action.  (Dkt. # 526, Case No. 11-cv-09308.)   A copy of that Order is enclosed for your

convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio

will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present evidence to support, and request the entry of, a default damages award against Ramada

Hotel and Suites (Glendale Heights) in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                              Plaintiff,

v.                                 Case No.: 1:11–cv–09308

                                 Honorable James F. Holderman

JW Marriott Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*Via Certified Mail*

TO:    Owner/General Manager
       Ramada Inn Freeport
       1300 East South Street
       Freeport, IL  61032

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Ramada Inn Freeport to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Ramada Inn Freeport in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.   Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                                      Case No.: 1:11–cv–09308
                                                        Honorable James F.
                                                        Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

***Via Certified Mail***

TO:  Owner/General Manager
Ramada Inn Waukegan
200 North Green Bay Road
Waukegan, IL  60085

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Ramada Inn Waukegan to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Ramada Inn Waukegan in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.   Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                            Plaintiff,

v.                                Case No.: 1:11–cv–09308

                               Honorable James F.
                               Holderman

JW Marriott Chicago, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

        MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

## *Via Certified Mail*

TO:    Owner/General Manager
Ramada Inn Bolingbrook
520 South Bolingbrook Drive
Bolingbrook, IL  60440

## NOTICE OF ENTRY OF DEFAULT JUDGMENT
## AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Ramada Inn Bolingbrook to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Ramada Inn Bolingbrook in the amount of Five Thousand Dollars ($5,000.00 U.S.).

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                    Plaintiff,

v.                                 Case No.: 1:11–cv–09308
                                 Honorable James F.
                                 Holderman

JW Marriott Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

### *Via Certified Mail*

TO:     Owner/General Manager
        Ramada South Beloit
        200 Dearborn Avenue
        South Beloit, IL  61080

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Ramada South Beloit to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Ramada South Beloit in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013                /s/ *Matthew G. McAndrews*

Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11–cv–09308

Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

***Via Certified Mail***

TO:    Owner/General Manager
        Ramada Limited Joliet South
        1520 Commerce Lane
        Joliet, IL  60431

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States

District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found

Ramada Limited Joliet South to be in default for its failure to answer, plead, or otherwise defend

the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. #

526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio

will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present evidence to support, and request the entry of, a default damages award against Ramada

Limited Joliet South in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                              Plaintiff,

v.                                    Case No.: 1:11–cv–09308
                                    Honorable James F.
                                    Holderman

JW Marriott Chicago, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

### *Via Certified Mail*

TO:     Owner/General Manager
        Ramada Plaza Hotel
        5615 North Cumberland Avenue
        Chicago, IL  60631

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Ramada Plaza Hotel to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Ramada Plaza Hotel in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

Plaintiff,

v.

Case No.: 1:11−cv−09308
Honorable James F.
Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>*Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

*__Via Certified Mail__*

TO:  Owner/General Manager
     Days Inn Waukegan/Gurnee
     3633 North Lewis Avenue
     Waukegan, IL  60087

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Days Inn Waukegan/Gurnee to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Days Inn Waukegan/Gurnee in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.  Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                                  Case No.: 1:11−cv−09308
                                                    Honorable James F.
                                                    Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

     MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

### *Via Certified Mail*

TO:     Owner/General Manager
         Days Inn Naperville/Chicago
         1350 East Ogden Avenue
         Naperville, IL  60563

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Days Inn Naperville/Chicago to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Days Inn Naperville/Chicago in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11–cv–09308

Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

<u>*Via Certified Mail*</u>

TO:  Owner/General Manager
     Days Inn and Suites of Morris
     80 Hampton Road
     Morris, IL  60450

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Days Inn and Suites of Morris to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Days Inn and Suites of Morris in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013                    /s/ *Matthew G. McAndrews*
                                           Matthew G. McAndrews
                                           Raymond P. Niro, Jr.
                                           Brian E. Haan
                                           Gabriel I. Opatken
                                           NIRO, HALLER & NIRO
                                           181 West Madison St., Suite 4600
                                           Chicago, Illinois 60602
                                           Telephone: (312) 236-0733
                                           E-mail: mmcandrews@nshn.com
                                           E-mail: rnirojr@nshn.com
                                           E-mail: bhaan@nshn.com
                                           E-mail: gopatken@nshn.com

                                           Gregory C. Schodde
                                           Peter J. McAndrews
                                           Ronald H. Spuhler
                                           Shawn L. Peterson
                                           McANDREWS, HELD & MALLOY, LTD.
                                           500 West Madison St., Suite 3400
                                           Chicago, Illinois 60661
                                           Telephone: (312) 775-8000
                                           E-mail: gschodde@mcandrews-ip.com
                                           E-mail: pmcandrews@mcandrews-ip.com
                                           E-mail: rspuhler@mcandrews-ip.com
                                           E-mail: speterson@mcandrews-ip.com

                                           *Attorneys for Plaintiff,*
                                           INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.   Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                                      Case No.: 1:11−cv−09308

                                                        Honorable James F.
                                                        Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

## *Via Certified Mail*

TO:    Owner/General Manager
         Days Inn Niles
         6450 West Touhy Avenue
         Niles, IL  60714

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Days Inn Niles to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Days Inn Niles in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11−cv−09308

Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

### *Via Certified Mail*

TO:    Owner/General Manager
        Days Inn – Woodstock
        990 Lake Avenue
        Woodstock, IL  60098

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Days Inn – Woodstock to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Days Inn – Woodstock in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                                    Plaintiff,

v.                                                          Case No.: 1:11−cv−09308
                                                    Honorable James F.
                                                    Holderman

JW Marriott Chicago, et al.

                                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*<u>Via Certified Mail</u>*

TO:    Owner/General Manager
       Days Inn Chicago
       644 West Diversey Parkway
       Chicago, IL  60614

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States

District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found

Days Inn Chicago to be in default for its failure to answer, plead, or otherwise defend the

allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526,

Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio

will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present evidence to support, and request the entry of, a default damages award against Days Inn

Chicago in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*

Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

JW Marriott Chicago, et al.

Defendant.

Case No.: 1:11–cv–09308

Honorable James F. Holderman

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*__Via Certified Mail__*

TO:  Owner/General Manager
Super 8 Willowbrook
820 West 79th Street
Willowbrook, IL  60527

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Willowbrook to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Willowbrook in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013                          /s/ *Matthew G. McAndrews*
                                                Matthew G. McAndrews
                                                  Raymond P. Niro, Jr.
                                                  Brian E. Haan
                                                  Gabriel I. Opatken
                                                  NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11–cv–09308

Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

<u>*Via Certified Mail*</u>

TO:    Owner/General Manager
       Super 8 Chicago Northlake O'Hare South
       2080 North Mannheim Road
       Northlake, IL  60164

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Chicago Northlake O'Hare South to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Chicago Northlake O'Hare South in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                  Plaintiff,

v.                                       Case No.: 1:11−cv−09308
                                       Honorable James F.
                                       Holderman

JW Marriott Chicago, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

***Via Certified Mail***

TO:    Owner/General Manager
        Super 8 Elgin
        435 Airport Road
        Elgin, IL  60123

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States

District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found

Super 8 Elgin to be in default for its failure to answer, plead, or otherwise defend the allegations

of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No.

11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio

will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present evidence to support, and request the entry of, a default damages award against Super 8

Elgin in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                    Plaintiff,

v.                              Case No.: 1:11−cv−09308
                              Honorable James F.
                              Holderman

JW Marriott Chicago, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

***Via Certified Mail***

TO:     Owner/General Manager
        Super 8 Bridgeview/Chicago Area
        7887 West 79th Street
        Bridgeview, IL  60455

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Bridgeview/Chicago Area to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Bridgeview/Chicago Area in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11−cv−09308
Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>*Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

***Via Certified Mail***

TO:    Owner/General Manager
       Super 8 Dixon
       1800 South Galena Avenue
       Dixon, IL  61021

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Dixon to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Dixon in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                              Case No.: 1:11−cv−09308
                                        Honorable James F.
                                        Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

     MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*Via Certified Mail*

TO:   Owner/General Manager
       Super 8 Motel Chicago O'Hare Airport
       2951 Touhy Avenue
       Elk Grove Village, IL  60007

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Motel Chicago O'Hare Airport to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Motel Chicago O'Hare Airport in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.   Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

Plaintiff,

v.                                                   Case No.: 1:11−cv−09308

Honorable James F.
Holderman

JW Marriott Chicago, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

***Via Certified Mail***

TO:    Owner/General Manager
        Super 8 Peru
        1851 May Road
        Peru, IL  61354

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Peru to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.) A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Peru in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                         Plaintiff,

v.                                        Case No.: 1:11−cv−09308

                                        Honorable James F.
                                        Holderman

JW Marriott Chicago, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

***Via Certified Mail***

TO:     Owner/General Manager
        Super 8 Yorkville
        1510 North Bridge Street
        Yorkville, IL  60560

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Yorkville to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Yorkville in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

Case: 1:11-cv-09308 Document #: 575 Filed: 02/07/13 Page 104 of 168 PageID #:18894

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                                      Case No.: 1:11–cv–09308

                                                        Honorable James F.
                                                        Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

### *Via Certified Mail*

TO:  Owner/General Manager
     Super 8 Aurora/Naperville Area
     4228 Longmeadow Drive
     Aurora, IL  60504

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Aurora/Naperville Area to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Aurora/Naperville Area in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:11–cv–09308 |
| | Honorable James F. Holderman |
| JW Marriott Chicago, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>*Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

***Via Certified Mail***

TO:   Owner/General Manager
Super 8 Chicago IL
7300 North Sheridan Road
Chicago, IL  60626

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Chicago IL to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Chicago IL in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*

Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:11−cv−09308

                                                            Honorable James F.
                                                            Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

## *Via Certified Mail*

TO:   Owner/General Manager
       Super 8 Woodstock
       1220 Davis Road
       Woodstock, IL  60098

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Woodstock to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Woodstock in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                       Plaintiff,

v.                                Case No.: 1:11−cv−09308

                                Honorable James F.
                                Holderman

JW Marriott Chicago, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

       MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*Via Certified Mail*

TO:     Owner/General Manager
        Super 8 Joliet I-55 North/Chicago
        3401 Mall Loop Drive
        Joliet, IL  60431

### NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Joliet I-55 North/Chicago to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.) A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Joliet I-55 North/Chicago in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.  Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                 Plaintiff,

v.                                     Case No.: 1:11–cv–09308
                                        Honorable James F. Holderman

JW Marriott Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

        MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*Via Certified Mail*

TO:     Owner/General Manager
        Super 8 Joliet/Chicago/I-80
        1730 McDonough Street
        Joliet, IL  60436

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Joliet/Chicago/I-80 to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Joliet/Chicago/I-80 in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.  Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

          Plaintiff,

v.

JW Marriott Chicago, et al.

          Defendant.

Case No.: 1:11−cv−09308
Honorable James F. Holderman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

    MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

*<u>Via Certified Mail</u>*

TO:  Owner/General Manager
     Super 8 Crystal Lake
     577 Crystal Point Drive
     Crystal Lake, IL  60014

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Crystal Lake to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Crystal Lake in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                                Case No.: 1:11–cv–09308
                                                  Honorable James F.
                                                  Holderman

JW Marriott Chicago, et al.

                                        Defendant.

_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

    MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

***Via Certified Mail***

TO:    Owner/General Manager
          Super 8 East Hazel Crest
          17220 Halsted Street
          Hazel Crest, IL  60429

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 East Hazel Crest to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 East Hazel Crest in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                        Plaintiff,

v.                                   Case No.: 1:11−cv−09308

                                   Honorable James F. Holderman

JW Marriott Chicago, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

*<u>Via Certified Mail</u>*

TO:    Owner/General Manager
         Super 8 Chicago/Waukegan/I-94 North
         630 North Green Bay Road
         Waukegan, IL  60085

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States

District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found

Super 8 Chicago/Waukegan/I-94 North to be in default for its failure to answer, plead, or

otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in

this action.  (Dkt. # 526, Case No. 11-cv-09308.)   A copy of that Order is enclosed for your

convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio

will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present evidence to support, and request the entry of, a default damages award against Super 8

Chicago/Waukegan/I-94 North in the amount of Five Thousand Dollars ($5,000.00 U.S.).

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.   Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                    Plaintiff,

v.                                              Case No.: 1:11−cv−09308
                                                Honorable James F.
                                                Holderman

JW Marriott Chicago, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

### *Via Certified Mail*

TO:     Owner/General Manager
        Super 8 Ottawa Starved Rock
        500 East Etna Road
        Ottawa, IL  61350

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Ottawa Starved Rock to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Ottawa Starved Rock in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                        Plaintiff,

v.                                                      Case No.: 1:11–cv–09308
                                                        Honorable James F.
                                                        Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To: <br><br> *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Judge James F. Holderman <br> Magistrate Judge Sidney Schenkier |

*Via Certified Mail*

TO:    Owner/General Manager
        Super 8 Romeoville Bolingbrook
        1301 Marquette Drive
        Romeoville, IL  60446

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Super 8 Romeoville Bolingbrook to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Super 8 Romeoville Bolingbrook in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record.  Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                Plaintiff,

v.

                Case No.: 1:11−cv−09308
                Honorable James F. Holderman

JW Marriott Chicago, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

## *Via Certified Mail*

TO:     Owner/General Manager
        Baymont Inn and Suites Chicago/Alsip
        12801 South Cicero Avenue
        Alsip, IL  60803

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Baymont Inn and Suites Chicago/Alsip to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Baymont Inn and Suites Chicago/Alsip in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                        Plaintiff,

v.                                              Case No.: 1:11−cv−09308

                                        Honorable James F. Holderman

JW Marriott Chicago, et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

        MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

<u>***Via Certified Mail***</u>

TO:  Owner/General Manager
      Baymont Inn & Suites DeKalb
      1314 West Lincoln Highway
      DeKalb, IL  60115

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Baymont Inn & Suites DeKalb to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Baymont Inn & Suites DeKalb in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                Plaintiff,

v.                                  Case No.: 1:11–cv–09308

                                  Honorable James F.
                                  Holderman

JW Marriott Chicago, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

        MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

<u>***Via Certified Mail***</u>

TO:     Owner/General Manager
        Baymont Inn & Suites Rochelle
        567 Highway 38 East
        Rochelle, IL  61068

### NOTICE OF ENTRY OF DEFAULT JUDGMENT
### <u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Baymont Inn & Suites Rochelle to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Baymont Inn & Suites Rochelle in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*

Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11−cv−09308
Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Magistrate Judge Sidney Schenkier |

<u>***Via Certified Mail***</u>

TO:   Owner/General Manager
Howard Johnson Hotel Rockford, IL
3909 11th Street
Rockford, IL 61109

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
<u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Howard Johnson Hotel Rockford, IL to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action. (Dkt. # 526, Case No. 11-cv-09308.) A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Howard Johnson Hotel Rockford, IL in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


*/s/ Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

Plaintiff,

v.                                                                  Case No.: 1:11−cv−09308
                                                                    Honorable James F.
                                                                    Holderman

JW Marriott Chicago, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett−Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett−Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | |
| | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| *Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | |

<u>*Via Certified Mail*</u>

TO:     Owner/General Manager
        Travelodge Hotel Downtown Chicago
        65 East Harrison Street
        Chicago, IL  60605

**NOTICE OF ENTRY OF DEFAULT JUDGMENT
AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES**

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States

District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found

Travelodge Hotel Downtown Chicago to be in default for its failure to answer, plead, or

otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in

this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your

convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio

will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United

States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will

present evidence to support, and request the entry of, a default damages award against

Travelodge Hotel Downtown Chicago in the amount of Five Thousand Dollars ($5,000.00 U.S.).

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.

/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

Case: 1:11-cv-09308 Document #: 575 Filed: 02/07/13 Page 164 of 168 PageID #:18984

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                    Plaintiff,

v.                                              Case No.: 1:11–cv–09308
                                                Honorable James F.
                                                Holderman

JW Marriott Chicago, et al.

                                    Defendant.
_____

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held. Defendant SonicWALL Inc. shall complete its production of technical documents related to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall identify representative allegedly infringing devices by 1/14/13, and shall produce another copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co. shall then complete its production of technical documents related to the allegedly infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc., and Netgear, Inc. shall produce an additional index of the documents they have produced by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in default. Innovatio's motion for default judgment is entered and continued until 2/21/13. Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In Re Innovatio IP Ventures, LLC, Patent Litigation* | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>*Innovatio IP Ventures, LLC v. Wingate by Wyndham Schaumburg/Convention Center*, Case No. 1:11-cv-6479 | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

*<u>Via Certified Mail</u>*

TO:   Owner/General Manager
      Knights Inn Hazel Crest
      17214 Halsted Street
      Hazel Crest, IL  60429

## NOTICE OF ENTRY OF DEFAULT JUDGMENT
## <u>AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES</u>

PLEASE TAKE NOTICE that by Order dated January 10, 2013, the United States District Court for the Northern District of Illinois, Chief Judge James F. Holderman, has found Knights Inn Hazel Crest to be in default for its failure to answer, plead, or otherwise defend the allegations of Innovatio's Original Complaint for Patent Infringement in this action.  (Dkt. # 526, Case No. 11-cv-09308.)  A copy of that Order is enclosed for your convenience.

PLEASE TAKE FURTHER NOTICE that on Thursday, February 21, 2013, Innovatio will appear, by and through its attorneys, before Judge Holderman, in Room 2541 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there will present evidence to support, and request the entry of, a default damages award against Knights Inn Hazel Crest in the amount of Five Thousand Dollars ($5,000.00 U.S.).

1

If you wish to discuss this matter before the February 21, 2013 hearing, please contact Innovatio's counsel, Matthew G. McAndrews, at (312) 377-3292 or e-mail address mmcandrews@nshn.com.

A copy of this Notice will be filed with the Clerk of Court.

Respectfully submitted,

Dated: February 7, 2013

/s/ *Matthew G. McAndrews*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison St., Suite 4600
Chicago, Illinois 60602
Telephone: (312) 236-0733
E-mail: mmcandrews@nshn.com
E-mail: rnirojr@nshn.com
E-mail: bhaan@nshn.com
E-mail: gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison St., Suite 3400
Chicago, Illinois 60661
Telephone: (312) 775-8000
E-mail: gschodde@mcandrews-ip.com
E-mail: pmcandrews@mcandrews-ip.com
E-mail: rspuhler@mcandrews-ip.com
E-mail: speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 7, 2013 the foregoing **NOTICE OF ENTRY OF DEFAULT JUDGMENT AND FEBRUARY 21, 2013 HEARING TO SET AMOUNT OF DAMAGES** was sent via Certified Mail to the recipient identified above and electronically filed with the Court via the CM/ECF system, which will send notification of such filing to all Counsel of Record. Pursuant to Northern District of Illinois Local Rule 5.5 (b), copies of documents required to be served by Fed.R.Civ.P. 5(a) have been served.


/s/ *Matthew G. McAndrews*

*Attorney for Plaintiff,*
INNOVATIO IP VENTURES, LLC

3

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation,
et al.

                                        Plaintiff,

v.                                                    Case No.: 1:11–cv–09308

                                                      Honorable James F.
                                                      Holderman

JW Marriott Chicago, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 10, 2013:

      MINUTE entry before Honorable James F. Holderman: Status hearing held.
Defendant SonicWALL Inc. shall complete its production of technical documents related
to the allegedly infringing devices by 1/21/13. Defendant Hewlett–Packard Co. shall
identify representative allegedly infringing devices by 1/14/13, and shall produce another
copy of the defective CD that it previously produced by 1/15/13. Hewlett–Packard Co.
shall then complete its production of technical documents related to the allegedly
infringing devices by 1/31/13. Defendants Cisco Systems, Inc., Motorola Solutions Inc.,
and Netgear, Inc. shall produce an additional index of the documents they have produced
by 1/10/13. Innovatio's final infringement contentions are due 2/8/13. As previously
ordered, fact discovery shall be completed by 3/14/13. Innovatio's damages contentions
are due 2/28/13, and the defendants' responsive damages contentions are due 3/21/13. The
defendants listed in Schedule A of Innovatio 9;s motion for default judgment [525] are in
default. Innovatio's motion for default judgment is entered and continued until 2/21/13.
Status date of 2/14/13 is stricken and reset to 2/21/13 at 10:00 a.m. Notice mailed by
judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.