# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                            Plaintiff,

v.                                                                      Case No.: 1:11−cv−09308

                                                                       Honorable James F. Holderman

JW Marriott Chicago, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2013:

      MINUTE entry before Honorable James F. Holderman: At the parties' request, Plaintiffs' motion for entry of final judgment [612] previously set for 3/26/13 is stricken and reset to 4/11/13 at 10:00 a.m. Defendants FedEx Office and McDonald's Corporation's motion for leave to file additional appearances nunc pro tunc [617] is granted. Attorneys Timothy Q. Delaney, James R. Sobieraj, David P. Lindner, and Yuen Y. Wong are given leave to file an appearance on behalf of Defendants FedEx Office and McDonald's Corporation. Defendant Best Western American Heritage Inn's motion to substitute counsel [619] is granted. The appearances of Amanda J. Hollis, Brandon H. Brown, Gianni L. Cutri, Jason M. Wejnert, AdamR. Alper, Michael W. De Vries, Brian P. Gearing, Eric B. Cheng, and Robert B. Taylor of Kirkland & Ellis LLP are withdrawn and Barry K. Shelton of the law firm Bracewell & Giuliani LLP is substituted as counsel for Defendant Best Western American Heritage Inn. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.