**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>All Cases | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

### EXHIBITS TO DEFENDANTS' RESPONSES TO ESSENTIALITY BRIEF

**Exhibit A -** Index providing, for each allegedly "non-essential" claim element, an identification of the bases for essentiality that apply to that element

**Exhibit B** - Declaration of Matthew B. Shoemake, Ph.D. **[Filed Under Seal]**

**Exhibit B1 -** Materials Considered by Matthew B. Shoemake, Ph.D.

**Exhibit C -** Declaration of Dr. Stephen B. Wicker, Ph.D. **[Filed Under Seal]**

**Exhibit C1** - Materials Considered by Dr. Stephen B. Wicker, Ph.D.

**Exhibit 1** - Curriculum Vitae of Matthew B. Shoemake, Ph.D. **[Filed Under Seal]**

**Exhibit 2** - Curriculum Vitae of Dr. Stephen B. Wicker, Ph.D.

**Exhibit 3** - IEEE-SA Standards Board Bylaws, December 2012

**Exhibit 4** - IEEE Standards Board Operations Manual, December 2012

**Exhibit 5** - USPTO Assignment Abstract of Title for U.S. Patent No. 6,714,559

**Exhibit 6** - Intermec's October 26, 1995 Letter of Assurance

**Exhibit 7** - Broadcom's October 17, 2006 Letter of Assurance

**Exhibit 8** - Broadcom's September 6, 2002 Letter of Assurance #1

**Exhibit 9** - Broadcom's September 6, 2002 Letter of Assurance #2

**Exhibit 10** - Norand's June 20, 1997 Letter of Assurance

**Exhibit 11** - U.S. Patent No. 7,457,646

**Exhibit 12** - Chart of patent relationships

**Exhibit 13** - IEEE-SA Standards Board Bylaws, January 1998

**Exhibit 14** - Samik Bhattacharyya Deposition Transcript Excerpts **[Filed Under Seal]**

**Exhibit 15** - U.S. Patent No. 7,873,343 claim charts sent to licensing targets relying exclusively on IEEE 802.11 standards **[Filed Under Seal]**

**Exhibit 16** - Dec. 20, 2012 letter from E. Ogawa to licensing target **[Filed Under Seal]**

**Exhibit 17** - Dec. 14, 2012 letter from E. Ogawa to licensing target **[Filed Under Seal]**

**Exhibit 18** - Nov. 6, 2012 letter from E. Ogawa to licensing target **[Filed Under Seal]**

**Exhibit 19** - Sept. 27, 2012 email from E. Ogawa to licensing target **[Filed Under Seal]**

**Exhibit 20** - Sept. 28, 2012 letter from E. Ogawa to licensing target **[Filed Under Seal]**

**Exhibit 21** - Eric Ogawa Deposition Transcript Excerpts **[Filed Under Seal]**

**Exhibit 22** - Sample license agreement **[Filed Under Seal]**

**Exhibit 23** - IEEE-SA Standards Board Bylaws, February 2006

**Exhibit 24** - Innovatio's First Revised List of Asserted Standard-Essential and Standard Non-Essential Claims

**Exhibit 25** - U.S. Patent No. 4,449,248

**Exhibit 26** - U.S. Patent No. 5,142,550

**Exhibit 27** - "Special Components Simplify Interface to PCMCIA Cards," Legg, Gregory, June 10, 1993

**Exhibit 28** - IEEE Standards Board Operations Manual, December 2005

**Exhibit 28A** - IEEE P802.11s/D4.0, December 2009

**Exhibit 29** - Innovatio's Final Infringement Contentions **[Filed Under Seal]**