## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>All Cases | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

### PARTIES' JOINT SUBMISSION REGARDING THEIR RESPECTIVE TRIAL BRIEFS

Pursuant to the trial disclosure schedule (Dkt. No. 861) attached as Exhibit 1 is Innovatio's trial brief for the upcoming RAND trial. Given the number of exhibits accompanying the parties' briefs, Defendants are filing their trial brief separately. The parties' trial briefs and exhibits are being filed under seal. Copies of the briefs and accompanying exhibits will be delivered to Chambers tomorrow morning.

Dated: September 4, 2013

/s/ *Ronald H. Spuhler*
Matthew G. McAndrews
Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
mmcandrews@nshn.com
rnirojr@nshn.com
bhaan@nshn.com
gopatken@nshn.com

/s/ *Michael W. De Vries*
Michael W. De Vries
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
213.680.8400
michael.devries@kirkland.com

Gianni Cutri
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
312.862.2000
312.862.2200 (Facsimile)

2

Thomas J. Wimbiscus
Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
500 West Madison Street, Suite 3400
Chicago, Illinois 60661
(312) 775-8000
twimbiscus@mcandrews-ip.com
gschodde@mcandrews-ip.com
pmcandrews@mcandrews-ip.com
rspuhler@mcandrews-ip.com
speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

gianni.cutri@kirkland.com

Adam R. Alper (Pro Hac Vice)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
415.439.1400
415.439.1500 (Facsimile)
adam.alper@kirkland.com

*Counsel for Certain Defendants and
Declaratory Judgment Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2013, the foregoing PARTIES' JOINT SUBMISSION REGARDING THEIR RESPECTIVE TRIAL BRIEFS was filed through the Court's ECF System and served on counsel of record identified in the service list therein.

/s/ Ronald H. Spuhler
Attorney for Plaintiff,
INNOVATIO IP VENTURES, LLC