IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| | District Judge James F. Holderman |
| | Magistrate Judge Sidney Schenkier |
| This Document Relates To: All Cases | |

**INNOVATIO'S SUPPLEMENTAL DEPOSITION DESIGNATIONS
(SEPTEMBER 9, 2013 RAND RATE TRIAL)**

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Order, attached please find the following supplemental deposition designations and Defendants counter designations/objections for the following deponents[1]:

- Exhibit 52 – Giancola

  Video excerpts of the designated testimony for Exhibit 52 is unavailable.

Dated: September 19, 2013        Respectfully submitted,

/s/ Ronald H. Spuhler

Matthew G. McAndrews

---

[1] As noted in Defendants' corresponding submission, Innovatio has raised objections and designated counter-testimony in response to Defendants' designations. These counter-designations are part of Defendants' submission.

1

Raymond P. Niro, Jr.
Brian E. Haan
Gabriel I. Opatken
NIRO, HALLER & NIRO
Suite 4600
181 West Madison Street
Chicago, Illinois 60602
(312) 236-0733
mmcandrews@nshn.com
rnirojr@nshn.com
bhaan@nshn.com
gopatken@nshn.com

Gregory C. Schodde
Peter J. McAndrews
Ronald H. Spuhler
Shawn L. Peterson
McANDREWS, HELD & MALLOY, LTD.
Suite 3400
500 West Madison Street
Chicago, Illinois 60661
(312) 775-8000
gschodde@mcandrews-ip.com
pmcandrews@mcandrews-ip.com
rspuhler@mcandrews-ip.com
speterson@mcandrews-ip.com

*Attorneys for Plaintiff,*
**INNOVATIO IP VENTURES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013 a true and correct copy of the foregoing **INNOVATIO'S SUPPLEMENTAL DEPOSITION DESIGNATIONS (SEPTEMBER 9, 2013 RAND RATE TRIAL)** was served via email delivery to Counsel of Record for each Defendant.


Dated: **September 19, 2013**                    /s/ Ronald H. Spuhler
                                                 *Attorney for Plaintiff,*
                                                 INNOVATIO IP VENTURES, LLC