# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

Plaintiff,

v.

Case No.: 1:11−cv−09308

Honorable James F. Holderman

JW Marriott Chicago, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2013:

      MINUTE entry before Honorable James F. Holderman: The Memorandum Opinion and Order setting forth the court's findings of fact, conclusions of law, reasoning, and determination has been filed under seal for presentation to counsel on a temporary basis using the Court's CM/ECF sealed function. Counsel are requested to review the opinion for confidential information and jointly submit by no later than noon on October 8, 2013 through Judge Holderman's proposed order e−mail address, Proposed_Order_Holderman@ilnd.uscourts.gov, a listing of the requested redactions identifying the page and line (counting down from the first line of the page), and a redacted copy of the opinion with the confidential information covered over in black with the integrity of the pages and lines maintained. A redacted opinion will then be filed in the public record after the court reviews the submission and rules on any issues. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.