# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                                Plaintiff,

v.                                              Case No.: 1:11−cv−09308

                                                           Honorable James F. Holderman

JW Marriott Chicago, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2013:

      MINUTE entry before Honorable James F. Holderman: Innovatio's supplemental joint motion to seal certain trial exhibits [973] is granted. Exhibit DTX 2065 shall be maintained under seal. Enter Order Sealing Certain Trial Exhibits. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.