IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>All Cases | Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |

## ORDER SEALING CERTAIN TRIAL EXHIBITS

The Court having received and reviewed the parties' Supplemental Joint Motion to Seal Certain Trial Exhibits (hereinafter "Joint Motion"), orders the following:

The parties request to seal certain exhibits is GRANTED. DTX 2065 shall be maintained under seal. Counsel is required to retain all exhibits.

October 4, 2013

_James F. Holderman_

James F. Holderman

United States District Judge