IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308<br><br>Judge James F. Holderman<br>Magistrate Judge Sidney Schenkier |
| This Document Relates To:<br><br>All Cases | |

**PARTIES' AGENDA FOR THE JULY 8, 2014**
**STATUS CONFERENCE BEFORE JUDGE HOLDERMAN**

In preparation for the upcoming July 8, 2014 status conference before Judge Holderman in the above-captioned matter, counsel for Innovatio IP Ventures, LLC ("Innovatio") and Texas Instruments Inc. ("TI") jointly submit the following agenda:

- All parties other than TI have been dismissed from Master Case No. 11-cv-09308 (and any original case) by virtue of a settlement with Innovatio or order of this Court upon Innovatio's request. No party responded or objected to the Court's orders of dismissal during the notice period set by the Court and none has responded or objected since the expiration of that notice period.

- Counsel for Innovatio and TI have been engaged in good faith RAND licensing negotiations, have agreed that TI will seek another 30-day extension of the deadline for TI's first responsive pleading, and believe a settlement conference with Magistrate Judge Schenkier would be productive.

- At the Status Hearing, counsel for Innovatio and TI hope to discuss the scheduling of a settlement conference at the convenience of Magistrate Judge Schenkier.

Dated: July 2, 2014

| | |
|---|---|
| */s/ Matthew G. McAndrews*<br>Matthew G. McAndrews<br>NIRO, HALLER & NIRO<br>181 West Madison St., Suite 4600<br>Chicago, Illinois 60602<br>Telephone: (312) 236-0733<br>E-mail: mmcandrews@nshn.com | */s/ John A. Marlott*<br>John A. Marlott<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601-1692<br>Telephone: (312) 269-4236<br>E-mail: jamarlott@jonesday.com |

1

| | |
|---|---|
| *Attorneys for Plaintiff,*<br>INNOVATIO IP VENTURES, LLC | *Attorneys for Defendant,*<br>TEXAS INSTRUMENTS INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2014 a true and correct copy of the foregoing **PARTIES' AGENDA FOR THE JULY 8, 2014 STATUS CONFERENCE BEFORE JUDGE HOLDERMAN** was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all Counsel of Record.

Dated: July 2, 2014

*/s/ Matthew G. McAndrews*
Attorney for Plaintiff,
INNOVATIO IP VENTURES, LLC