IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | |
| This Document Relates To: | MDL Docket No. 2302<br>Case No. 11 C 9308 |
| Innovatio IP Ventures, LLC v. Texas Instruments Incorporated, Case No. 14 C 1544 (N.D. Ill.) (Holderman) | |

## ORDER

Status hearing held. Pursuant to the open court discussion on 9/18/2014, the court suspends the default requirements of the Local Patent Rules while the parties conduct initial discovery focusing on damages and indirect infringement issues. By agreement, Innovatio will by 9/25/2014 identify the claims of the patents-in-suit asserted against Texas Instruments ("TI"). The parties further agree that, they will proceed immediately with initial discovery directed to damages, notice, and indirect infringement issues until 12/18/2014. During this initial discovery period, the parties will also focus on the issues of: (1) the marking and notice requirements of 35 U.S.C. § 287, and (2) TI's potential liability for indirect infringement based on foreign sales. The parties are encouraged to enter into stipulations to streamline the resolution of the issues in the initial discovery phase.

The case is set for a report on status at 9:00 a.m. 12/18/2014 to address further the scheduling of the case.

ENTER:

*James F. Holderman*
JAMES F. HOLDERMAN
District Judge, United States District Court

Date: September 18, 2014