# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                                        Plaintiff,

v.                                                Case No.: 1:11–cv–09308

                                                        Honorable James F. Holderman

PMC Joint Venture L.P. 2003–1, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 20, 2015:

      MINUTE entry before the Honorable James F. Holderman: On 3/16/2015, Innovatio filed new lawsuits against defendants Marvell Semiconductor (15 C 2259), MediaTek USA (15 C 2262), and Realtek Semiconductor (15 C 2269). All three cases have been consolidated with this case pursuant to the court's 1/10/2012 Order. [3]. Although Innovatio has not yet served Marvell, MediaTek, or Realtek, the court requests that Innovatio's counsel contact defense counsel for the three new defendants to apprise them of the status hearing currently set for 3/24/2015 at 9:00 a.m. If possible, counsel for Marvell, MediaTek, and Realtek should appear on behalf of their clients at the 3/24/2015 status hearing. Notices mailed by Judicial Staff. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.