# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                Plaintiff,

v.                                           Case No.: 1:11−cv−09308

                                                   Honorable James F. Holderman

PMC Joint Venture L.P. 2003−1, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 24, 2015:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held. Status hearing set for 5/12/2015 at 11:00 a.m. The parties are encouraged to discuss settlement. Notices mailed by Judicial Staff. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.