**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division**

Innovatio IP Ventures, LLC, Patent Litigation, et al.

                    Plaintiff,

v.                               Case No.: 1:11−cv−09308

                               Honorable James F. Holderman

PMC Joint Venture L.P. 2003−1, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2015:

      MINUTE entry before the Honorable James F. Holderman: Defendants Marvell Semiconductor and MediaTek USA's agreed motion [1185] for extension of time to respond to plaintiff Innovatio's respective complaints against them is granted. Marvell and MediaTek shall answer, move, or otherwise respond to the respective complaints filed against them by 6/11/2015. Notices mailed by Judicial Staff. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.