IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>Innovatio IP Ventures, LLC v. Quantenna Communications, Case No. 1:16-cv-09452 (N.D. Ill) | Judge Elaine E. Bucklo<br>Magistrate Judge Sidney Schenkier |

INNOVATIO IP VENTURES, LLC AND
QUANTENNA COMMUNICATIONS, INC.'S JOINT PROPOSED CASE SCHEDULE

Pursuant to the Court's Minute Entry dated September 29, 2017, the parties hereby submit the following Joint Proposed Case Schedule[1]:

| EVENT | DUE DATE |
|---|---|
| Initial Infringement Contentions (LPR 2.2) | 12/20/2017 |
| Initial Noninfringement, Unenforceability and Invalidity Contentions (LPR 2.3) | 1/8/2018 |
| Initial Response to Invalidity Contentions (LPR 2.5) | 1/22/2018 |
| Final Infringement, Unenforceability and Invalidity Contentions (LPR 3.1) | 5/16/2018 |
| Final Noninfringement, Enforceability and Validity Contentions (LPR 3.2); Last day to seek stay pending reexamination (LPR 3.5) | 6/13/2018 |

---

[1] As to the original action filed in Illinois, Quantenna contends that both personal jurisdiction and venue are improper and that, accordingly, this action should have been originally filed in the Northern District of California. Quantenna recognizes that, in light of the MDL order, Dkt. 1282, this action if originally properly filed, is transferrable to this District for certain pretrial proceedings pursuant to 28 U.S.C. § 1407. Quantenna has asked Innovatio to stipulate that proper venue and jurisdiction lie in the Northern District of California. Innovatio believes that venue and jurisdiction properly lie in this District. The parties are expected to have further settlement discussions within the next 30 days in order to resolve this litigation. In the event this litigation is not resolved, Quantenna expects motion practice as to personal jurisdiction and venue.

| | |
|---|---|
| Exchange of Proposed Claim Terms to be Construed along with Proposed Constructions (LPR 4.1) | 6/27/2018 |
| Meet and confer to select 10 terms to be presented to Court for construction (LPR 4.1b) | 7/4/2018 |
| Close of Fact Discovery-Initial (LPR 1.3) | 7/25/2018 |
| Opening Claim Construction Brief by party opposing infringement and Joint Appendix (LPR 4.2a) | 8/1/2018 |
| Responsive Claim Construction Brief by party claiming infringement (LPR 4.2c) | 8/29/2018 |
| Reply Claim Construction Brief by party opposing infringement (LPR 4.2c-d) | 9/12/2018 |
| Joint Claim Construction Chart and Status Report (LPR 4.2f) | 9/19/2018 |
| Claim Construction Hearing (LPR 4.3) | 10/10/2018 |
| Claim Construction Ruling and reinstatement of fact discovery (LPR 1.3) | TBD |
| Discovery Concerning Opinions of Counsel (LPR 3.6) | TBD |
| Close of Fact Discovery-Final (LPR 1.3) | TBD |
| Initial Expert Reports (LPR 5.1b) | TBD |
| Rebuttal Expert Reports (LPR 5.1c) | TBD |
| Depositions of Experts (LPR 5.2) | TBD |
| Final Day for Filing Dispositive Motions (LPR 6.1) | TBD |
| Case Ready for Trial (LPR Schedule) | TBD |

Respectfully submitted,

Dated: October 13, 2017         */s/ Matthew G. McAndrews*

                               John E. Lord
                               jlord@onellp.com
                               William O'Brien
                               wobrien@onellp.com
                               ONE LLP
                               9301 Wilshire Boulevard
                               Penthouse Suite
                               Beverly Hills, CA 90210
                               Telephone: (310) 866-5157
                               *ADMITTED PRO HAC VICE*

Joseph Kuan Liu
jliu@onellp.com
ONE LLP
4000 Macarthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
*ADMITTED PRO HAC VICE*

Matthew G. McAndrews
Kyle D. Wallenberg
Niro McAndrews, LLC
200 West Madison Street, Suite 2040
Chicago, Illinois 60606
Telephone: (312) 755-8577
Email: mmcandrews@niro-mcandrews.com
Email: kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC


/s/ Edward G. Poplawski

Edward G. Poplawski (*Pro Hac Vice*)
Neil N. Desai (*Pro Hac Vice*)
WILSON SONSINI GOODRICH & ROSATI PC
633 W. Fifth Street, Suite 1550
Los Angeles, CA 90071
323-210-2912 (Telephone)
866-974-7329 (Facsimile)

Steven P. Mandell
(ARDC #6183729)
MANDELL MENKES LLC
1 N. Franklin, Suite 3600
Chicago, IL 60606
Telephone: 312-251-1000
Facsimile: 312-251-1010

*Attorneys for Defendant,*
QUANTENNA COMMUNICATIONS, INC.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 13, 2017, the foregoing **INNOVATIO IP VENTURES, LLC AND QUANTENNA COMMUNICATIONS, INC.'S JOINT PROPOSED CASE SCHEDULE** was filed with the Clerk of the Court via CM/ECF, which will send notifications of such filing via electronic mail to all counsel of record.

                                               */s/ Matthew G. McAndrews*
                                               *Attorney for Plaintiff,*
                                               INNOVATIO IP VENTURES, LLC