# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| This Document Relates To:<br><br>Innovatio IP Ventures, LLC v. Quantenna Communications, Inc., Case No. 1:16-cv-09452 (N.D. Ill) | Judge Elaine E. Bucklo<br>Magistrate Judge Sidney Schenkier |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Quantenna Communications, Inc. ("Quantenna") and Plaintiff Innovatio IP Ventures, LLC ("Innovatio") have agreed to settle, adjust and compromise all claims asserted by Innovatio against Quantenna. Innovatio and Quantenna, therefore, hereby stipulate to dismiss all claims by Innovatio against Quantenna and all counterclaims by Quantenna against Innovatio under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice to the re-filing of same and with all costs and expenses relating to this litigation (including attorney and expert fees and expenses) to be borne solely by the party incurring same.

DATED: January 4, 2018

| | |
|---|---|
| /s/John E. Lord | /s/ Edward G. Poplawski |
| John E. Lord (Admitted *Pro Hac Vice*) | Edward G. Poplawski (Admitted *Pro Hac Vice*) |
| jlord@onellp.com | |
| William J. O'Brien (Admitted *Pro Hac Vice*) | epoplawski@wsgr.com |
| wobrien@onellp.com | Neil N. Desai (Admitted *Pro Hac Vice*) |
| ONE LLP | ndesai@wsgr.com |
| 9301 Wilshire Boulevard | WILSON SONSINI GOODRICH & |
| Penthouse Suite | ROSATI |
| Beverly Hills, CA 90210 | 633 W. Fifth Street, Suite 1550 |
| Telephone: (310) 866-5157 | Los Angeles, CA 90071 |
| | 323-210-2912 (Telephone) |
| | 866-974-7329 (Facsimile) |
| Joseph Kuan Liu (Admitted *Pro Hac Vice*) | epoplawski@wsgr.com |
| jliu@onellp.com | |

ONE LLP
4000 Macarthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870

Matthew G. McAndrews
NIRO McANDREWS, LLC
200 West Madison St., Suite 2040
Chicago, Illinois 60606
Telephone: (312) 755-8577
mmcandrews@niro-mcandrews.com

*Attorneys for Plaintiff and Counter-*
*Defendant, Innovatio IP Ventures, LLC*

Steven P. Mandell (ARDC #6183729)
smandell@mandellmenkes.com
MANDELL MENKES LLC
1 N. Franklin, Suite 3600
Chicago, IL 60606
Telephone: 312-251-1000
Facsimile: 312-251-1010

*Attorneys for Defendant and Counter-*
*Claimant, Quantenna Communications, Inc.*