UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re Innovatio IP Ventures, LLC, Patent Litigation | Case No. 1:11-cv-09308 |
| This Document Relates To: | Judge Elaine E. Bucklo |
| Innovatio IP Ventures, LLC v. Realtek Semiconductor Corporation, Case No. 1:15-cv-02269 (N.D. Ill) | Magistrate Judge Sidney Schenkier |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Innovatio IP Ventures, LLC ("Innovatio") has agreed to dismiss this action without prejudice. Realtek Semiconductor Corporation ("Realtek") has not served an answer or a motion for summary judgment in this case. Innovatio, therefore, hereby dismisses all claims by Innovatio against Realtek under Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice to the re-filing of same and with all costs and expenses relating to this litigation (including attorney and expert fees and expenses) to be borne solely by the party incurring same.

Dated: January 23, 2018                     */s/ William J. O'Brien*

William O'Brien
wobrien@onellp.com
John E. Lord
jlord@onellp.com
ONE LLP
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 866-5157
*ADMITTED PRO HAC VICE*
Joseph Kuan Liu
jliu@onellp.com
ONE LLP
4000 Macarthur Boulevard
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
*ADMITTED PRO HAC VICE*

1

2

Matthew G. McAndrews
Kyle D. Wallenberg
Niro, McAndrews, Dowell & Grossman, LLC
200 West Madison Street
Suite 2040
Chicago, Illinois 60606
Telephone: (312) 755-8577
Email: mmcandrews@niro-mcandrews.com
Email: kwallenberg@niro-mcandrews.com

*Attorneys for Plaintiff,*
INNOVATIO IP VENTURES, LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2018, the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** was filed with the Clerk of the Court via CM/ECF, which will send notifications of such filing via electronic mail to all counsel of record.

                                        */s/ William J. O'Brien*
                                        *Attorney for Plaintiff,*
                                        INNOVATIO IP VENTURES, LLC