IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:  Innovatio IP Ventures LLC, Patent Litigation | )<br>)<br>) | MDL No. 2303<br>Lead Case No. 11 C 9308<br>Judge Elaine E. Bucklo |

ORDER RECOMMENDING TERMINATION
OF MULTIDISTRICT LITIGATION

In December 2011, the Judicial Panel on Multidistrict Litigation ("JPML") assigned these proceedings to the U.S. District Court for the Northern District of Illinois.

The proceedings were reassigned to this court in April 2015 and since that time, final orders of dismissal with prejudice pursuant to stipulated settlements have been entered in all cases which were pending at that time, specifically cases 14 C 1544, 15 C 2259, 15 C 2262, 16 C 9450, 16 C 9451, and in February 2018, final orders were entered in the remaining two cases, 15 C 2269 and 16 C 9492.  The court has now entered final orders of dismissal with prejudice pursuant to stipulated settlements between all the various plaintiffs and defendants and all cases are terminated.

This court recommends the JPML terminate this multidistrict litigation proceeding and the Clerk of Court close the matter, subject to this court's continuing jurisdiction to enforce its orders.

**IT IS SO ORDERED**.

DATED:  March 14, 2018

_____
ELAINE E. BUCKLO
UNITED STATES DISTRICT JUDGE